**Opinion issued November 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00757-CR

————————————

## EX PARTE WILLIAM DAVIAU, Appellant

---

**On Appeal from the County Criminal Court at Law No. 10**
**Harris County, Texas**
**Trial Court Case No. 1981593**

---

## MEMORANDUM OPINION

Appellant, William Daviau, appeals from the denial of his application for writ of habeas corpus. In his application for writ of habeas corpus, appellant argues that he was wrongfully arrested and remanded to custody for the purpose of extradition to the State of North Carolina. Appellant challenges his arrest on the grounds that it "is illegal under the double jeopardy statute." We affirm.

"The question of whether or not appellant will be placed in double jeopardy is not properly before us and is an issue that has to be determined by the demanding state, in this case" North Carolina. *Stelbacky v. State*, 22 S.W.3d 583, 587 (Tex. App.—Amarillo 2000, no pet.); *see Ex parte Gideon*, 493 S.W.2d 156, 157 (Tex. Crim. App. 1973) (holding that question of double jeopardy is question for courts of demanding state and not for courts of asylum state). Because appellant's sole issue in his application for writ of habeas corpus presents a question that may not be addressed by the courts of this state, we conclude that the trial court did not abuse its discretion by denying his application for writ of habeas corpus. *See Kniatt v. State*, 206 S.W.3d 657, 664 (Tex. Crim. App. 2006).

Accordingly, we affirm the judgment of the trial court.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).